**FILED**

SEP - 8 2025

AT 8:30_____ M
CLERK, U.S. DISTRICT COURT - DNJ

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. J. BRENDAN DAY |
| v. | : | 25-mj-5040 (JBD) |
| STIBEN ACEVEDO-BEZA | : | **CRIMINAL COMPLAINT** |

I, Justin Notarfrancesco, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**SEE ATTACHMENT A**

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this complaint is based on the following facts:

**SEE ATTACHMENT B**

continued on the attached pages and made a part hereof.

_____
Justin Notarfrancesco
Special Agent
Federal Bureau of Investigation

Special Agent Justin Notarfrancesco
attested to this Affidavit on this 8th day
of September 2025 in Trenton, New Jersey.

_____
Honorable J. Brendan Day
United States Magistrate Judge

## **ATTACHMENT A**

### **COUNT ONE**
### **(Retaliating Against a Witness/Informant)**

On or about July 28, 2025, in Mercer County, in the District of New Jersey and elsewhere, the defendant,

STIBEN ACEVEDO-BEZA,

did knowingly engage in conduct and thereby threaten to cause bodily injury to another person, namely, a confidential source, with the intent to retaliate against the confidential source for information given by the confidential source to a law enforcement officer relating to the commission of a Federal offense, in violation of Title 18, United States Code, Section 1513(b)(2).

## COUNT TWO
### (Retaliating Against a Witness/Informant)

On or about July 28, 2025, in Mercer County, in the District of New Jersey and elsewhere, the defendant,

STIBEN ACEVEDO-BEZA,

did knowingly engage in conduct, which damaged the tangible property of another person, namely, a confidential source, with the intent to retaliate against the confidential source for information given by the confidential source to a law enforcement officer relating to the commission of a Federal offense, in violation of Title 18, United States Code, Section 1513(b)(2).

## COUNT THREE
### (Tampering with a Witness/Informant)

On or about July 28, 2025, in Mercer County, in the District of New Jersey and elsewhere, the defendant,

STIBEN ACEVEDO-BEZA,

did knowingly use the threat of physical force against another person, namely, a confidential source, with the intent to hinder, delay, and prevent the communication of information to a law enforcement officer or judge of the United States relating to the commission of a federal offense, namely, distribution of controlled substances and distribution of firearms without a license, in violation of Title 18, United States Code, Section 1512(a)(2)(C).

## ATTACHMENT B

I, Justin Notarfrancesco, am a Special Agent with the Federal Bureau of Investigation ("FBI"). I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, and items of evidence. Because this Affidavit is being submitted for a limited purpose, I have not set forth every fact that I know concerning this investigation. Where the contents of documents and the actions and statements of others are reported herein, they are reported in substance and in part, except where otherwise indicated. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

**Background**

1. In or around August 2024, federal law enforcement, including the FBI, began investigating Dylan Santos, Peter Santos, Alexander Gutierrez, Jonathan Acevedo, and others for the suspected commission of, *inter alia*, unlawful drug-trafficking and firearm sales. The investigation included multiple controlled purchases of narcotics and firearms from these individuals involving a confidential source ("CS" or "Victim-1")) working at the direction and under the supervision of law enforcement.

2. On or about May 16, 2025, a sealed criminal complaint was filed in the United States District Court for the District of New Jersey, docketed under Magistrate Number 25-5026 (JBD), charging Dylan Santos with possession of a firearm by a convicted felon, in violation of Title 18, United States Code, Section 922(g)(1); dealing firearms without a license, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D); possession with intent to distribute cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C); and conspiracy to distribute cocaine, in violation of Title 21, United States Code, Section 846; and charging Peter Santos with possession with intent to distribute fentanyl, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B); and conspiracy to distribute cocaine, in violation of Title 21, United States Code, Section 846.

3. On or about May 16, 2025, a sealed criminal complaint was filed in the United States District Court for the District of New Jersey, docketed under Magistrate Number 25-5027 (JBD), charging Alexander Gutierrez with dealing firearms without a license, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

4. On or about May 16, 2025, a sealed criminal complaint was filed in the United States District Court for the District of New Jersey, docketed under Magistrate Number 25-5028 (JBD), charging Jonathan Acevedo with

possession with intent to distribute methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

5.  On or about May 16, 2025, the Court also issued warrants for the arrest of Dylan Santos, Peter Santos, Alexander Gutierrez, and Jonathan Acevedo and on or about May 20, 2025, they were arrested. Since that time, Dylan Santos and Peter Santos have been detained in the Essex County Correctional Facility ("ECCF") in Newark, New Jersey, while Alexander Gutierrez and Jonathan Acevedo were granted and remain on pretrial release by the Court.

6.  Although Victim-1's true identity as CS was not revealed in criminal complaints 25-5026 (JBD), 25-5027 (JBD), and 25-5028 (JBD), certain social media accounts participated in online exchanges that proclaimed that Victim-1 was CS and that Victim-1 had provided information to law enforcement related to the charges contained within the criminal complaints. In fact, social media accounts believed to be controlled by Jonathan Acevedo and Alexander Gutierrez posted content that explicitly revealed the identity of Victim-1, including a picture of Victim-1, and stated that Victim-1 was working with law enforcement.

7.  On May 21, 2025, in one social media post, for example, an account believed to be controlled by Jonathan Acevedo re-posted a Facebook Story[1] containing a picture of Victim-1 below the word "SNITCH" and text that stated the following: "Careful with the TOP 1 Trenton snitch. He working for the FBI and US Marshalls to get people he know locked up and their house raided!!" The original post, re-posted by Jonathan Acevedo, had tagged[2] Facebook accounts, including accounts believed to be controlled by Jonathan Acevedo, Alexander Gutierrez, Peter Santos, and defendant Stiben Acevedo-Beza ("ACEVEDO-BEZA"). Below is the re-post by Jonathan Acevedo, with the picture of Victim-1 redacted:

---

[1] Facebook Stories are a feature that allows users to share short-lived photos and videos directly on Facebook. These stories appear at the top of the Facebook feed and are visible for only 24 hours. *See* https://www.facebook.com/help/862926927385914/.

[2] When a Facebook account is tagged in a post, the tagged account is notified, and the post is visible to the tagged account. *See* https://www.facebook.com/help/124970597582337/.

- 2 -



8.     After Victim-1's identity became publicly available, he received several direct and indirect threats against his life and safety. Accordingly, Victim-1 stayed out of the state of New Jersey out of fear for his safety.

**ACEVEDO-BEZA's Threats and Retaliation Against Victim-1/CS**

9.     On or about July 27, 2025, Victim-1 returned to New Jersey for the first time since his identity was revealed through social media posts on May 21, 2025, with the intention of leaving the next day.

10.    On or about July 28, 2025, at approximately 2:00 a.m., Victim-1 and another individual ("Victim-2") were sitting inside of a parked car, with its engine and lights turned off, positioned near the home of Victim-1's mother, located on Centre Street in Trenton, New Jersey (the "Residence"). Victim-1 and Victim-2 planned to spend the night at the Residence. Victim-1, while parked outside the Residence, noticed a dark colored vehicle pass by the Residence several times before stopping in front of the Residence.

11.    Since Victim-1 did not recognize the vehicle, he turned on his vehicle and pulled it forward to see whether he could identify the occupants of the dark colored vehicle parked in front of the Residence.

12.    After he got closer to the dark colored vehicle, Victim-1 noticed that the driver of the dark colored vehicle was wearing a black ski mask. The

driver of the dark colored vehicle then repositioned the vehicle in the roadway to block Victim-1's vehicle from passing the dark colored vehicle.

13. Victim-1, believing his life was in danger, drove his vehicle in reverse on Centre Street and made a left turn onto Lalor Street and proceeded forward on Lalor Street. After a series of turns by Victim-1, during which the dark colored vehicle appeared to follow in pursuit and Victim-1 believed he heard two gunshots, Victim-1 noticed a marked law enforcement vehicle, approached it, and reported the incident. The dark colored vehicle was no longer in sight.

14. After Victim-1 reported the incident to law enforcement, Victim-1 drove back to the Residence to collect personal items before leaving the area. During the transit, at approximately the intersection of Centre Street and Landing Street, Victim-1 again observed the dark colored vehicle, which immediately started to repeatedly ram its front end into the front end of Victim-1's vehicle. Near simultaneously, a second vehicle approached and struck the back end of Victim-1's vehicle, essentially trapping Victim-1's vehicle between the two attacking vehicles. Eventually, Victim-1's vehicle's back bumper came off, front bumper was totaled, and engine shut off.

15. At this time, Victim-1 instructed Victim-2 to exit the vehicle out of belief that the attackers were after Victim-1 and if Victim-2 remained with Victim-1 then Victim-2 would be hurt. Victim-2 complied. The occupants of the dark colored vehicle exited and began to approach the driver's side of Victim-1's vehicle. One of the occupants wore a black ski mask hiding his face but was later identified as ACEVEDO-BEZA. ACEVEDO-BEZA carried a metal baseball bat and menacingly smashed it against the ground and Victim-1's vehicle as he approached Victim-1, who then exited his vehicle.

16. Victim-1 ran away from the previous occupants of the dark colored vehicle and Victim-2 by heading down Centre Street. At least two occupants of the dark colored vehicle chased after Victim-1, including ACEVEDO-BEZA. During the foot chase, Victim-1 heard ACEVEDO-BEZA, who was still wearing a black ski mask and holding the metal baseball bat, yell, "get over here, Bitch, we are going to kill you." Victim-1 recognized the pursuer's voice as being that of Jonathan Acevedo's family member ACEVEDO-BEZA, with whom Victim-1 had previously and extensively interacted.

17. Eventually Victim-1 escaped into an alley and doubled back to his vehicle. Upon returning to the vehicle, Victim-1 was able to start it and traveled down Landing Street to Lamberton Street. At the intersection of Lamberton Street and Federal Street, Victim-1 alerted members of the Trenton Police Department located in a marked patrol vehicle of the situation by flashing the lights and beeping the horn of his vehicle.

18. Victim-1 explained to the Trenton Police Department officers that at the intersection of Centre Street and Landing Street, a dark colored vehicle rammed into Victim-1's vehicle, which had extensive front and rear end damage.

19. Moments later, other Trenton Police Department officers immediately responded to the intersection of Centre Street and Landing Street and observed a dark green Mercedes Benz disabled in the middle of the intersection with heavy front end damage. They also observed a male, later identified as ACEVEDO-BEZA, running away from the driver's side of the vehicle on Centre Street toward Cass Street upon observing police presence. The officers chased after ACEVEDO-BEZA, caught him after a brief foot pursuit, and detained him. Laying on the ground near where ACEVEDO-BEZA was detained was a metal baseball bat.

20. As ACEVEDO-BEZA was being escorted by Trenton Police Department officers to a marked patrol vehicle, an officer mentioned Victim-1's name, to which ACEVEDO-BEZA responded with the following statements:

- "He's a snitch, I'm going to kill that bitch."

- "That bitch-ass [the n-word]. Tell him to stop telling, ya heard."

- "Your fucking CI, bitch-ass [the n-word], man."

- "Dumbass CI you're working with."

- "Man, grab [Victim-1's first name], man. Bitch-ass [the n-word], man."

- "Fucking rat."

- "Yo, tell your [Victim-1's first name] he a bitch."

21. Shortly thereafter, the Trenton Police Department arrested and charged ACEVEDO-BEZA with assault by auto, in violation of N.J.S.A. 2C:12-1(c)(1); possession of a weapon (other than a firearm) for unlawful purposes, in violation of N.J.S.A. 2C:39-4(d); unlawful possession of a weapon (other than a firearm), in violation of N.J.S.A. 2C:39-5(d); and various motor vehicle offenses.