AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

FILED
SEP - 8 2025
AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

| | | |
|---|---|---|
| United States of America<br>v.<br><br>STIBEN ACEVEDO-BEZA<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No. 25-mj-5040 (JBD) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* STIBEN ACEVEDO-BEZA,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Title 18, United States Code, Section 1513(b)(2) (Retaliating Against a Witness/Informant)
Title 18, United States Code, Section 1512(a)(2)(C) (Tampering with a Witness/Informant)

Date: 9/8/2025

_____
Issuing officer's signature

Hon. J. Brendan Day, U.S.M.J.
Printed name and title

City and state: Trenton, New Jersey

---

**Return**

This warrant was received on *(date)* 9/8/25, and the person was arrested on *(date)* 9/11/25
at *(city and state)* Trenton, NJ.

Date: 9/11/25

_____
Arresting officer's signature

Brendan Durkot / FBI
Printed name and title